In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-431 CR


____________________



CARL DOUGLAS CHOPANE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 97115






MEMORANDUM OPINION


 On July 16, 2007, the trial court sentenced Carl Douglas Chopane on a conviction for
possession of a controlled substance. Chopane filed a notice of appeal on August 16, 2007. 
The trial court entered a certification of the defendant's right to appeal in which the court
certified that this is a plea-bargain case and the defendant has no right of appeal. See Tex.
R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the
Court of Appeals.

 On September 4, 2007, we notified the parties that we would dismiss the appeal 
unless the trial court filed an amended certification within thirty days of the date of the notice
and made it a part of the appellate record. See Tex. R. App. P. 37.1. The trial court has not
supplemented the record with an amended certification.

 Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.


 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered October 31, 2007

Do not publish


Before Gaultney, Kreger, and Horton, JJ.